UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 03CR 10352 JLT |
| ) | |
| v. ) | CRIMINAL NO. |
| ) | |
| LARRY MATTHEWS ) | VIOLATION: |
| a/k/a Jermaine ) | 18 U.S.C. 922(g)(1) |
| a/k/a Germaine ) | Felon in Possession of |
| Defendant. ) | a Firearm & Ammunition |
| ) | |

## INDICTMENT

**COUNT ONE:** (18 U.S.C. § 922(g)(1) -- Felon in Possession of a Firearm & Ammunition)

The Grand Jury charges that:

On or about August 11, 2003, at Roxbury, in the District of Massachusetts,

**LARRY MATTHEWS**
a/k/a Jermaine
a/k/a Germaine

the defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce a firearm and ammunition, to wit:

(1) a Beretta .22 caliber pistol, Model 21A, bearing serial number BES 26167U; and

(2) 6 rounds of .22 caliber ammunition;

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

*[signature]* 11/19/03
FOREPERSON OF THE GRAND JURY


*Sandra S. Bower*
SANDRA S. BOWER
Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS          November 19, 2003

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk
11-19-03 at 3:20 pm

| Criminal Case Cover Sheet | 03CR 10352JLT | U.S. District Court - District of Massachusetts |

**Place of Offense:**  Category No. __II__  Investigating Agency __ATF__

City __Roxbury__  Related Case Information:

County __Suffolk__  Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Larry Matthews__  Juvenile ☐ Yes ☒ No

Alias Name __Jermaine Matthews; Germaine Matthews__

Address __450 Geneva Avenue, Dorchester, MA__

Birth date: __xx/xx/76__  SS#: __xxx-xx-9826__  Sex: __M__  Race: __Black__  Nationality: __US__

Defense Counsel if known: _____  Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Sandra S. Bower__  Bar Number if applicable __0787700__

Interpreter: ☐ Yes ☒ No  List language and/or dialect: _____

Matter to be SEALED: ☐ Yes ☒ No

☒ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☒ Already in State Custody _____ ☐ Serving Sentence ☒ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document: ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts: ☐ Petty _____ ☐ Misdemeanor _____ 1 Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __11-19-03__  Signature of AUSA: __Sandra S. Bower__

%JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk) **03cr10352JLT**

Name of Defendant   Larry Matthews

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 922(g)(1) | Felon in possession of a firearm & ammunition | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:

matthewsjs45.wpd - 3/13/02