# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                                   CRIMINAL NO. 2003-10352-JLT

LARRY MATTHEWS,
        Defendant.

## *REPORT AFTER*
## *INITIAL STATUS CONFERENCE*
## *PURSUANT TO LOCAL RULE 116.5(A)*

COLLINGS, U.S.M.J.

An Initial Status Conference was held on January 6, 2004; counsel for the defendant was present.

The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

(1)    The time period is extended to cob 1/16/2004.

(2)    The Government shall produce full and complete discovery pursuant to Rule 16(a)(1)(G), Fed. R. Crim. P. to counsel for defendant *no less than forty-five (45) working days before trial;* the defendant shall comply with his reciprocal obligations respecting

    discovery of experts pursuant to Rule 16 (b)(1)(C), Fed. R. Crim. P., *not less than twenty (20) working days before trial.*

(3)    None.

(4)    Any non-discovery type motions shall be filed *on or before the close of business on Friday, February 13, 2004;* the Government shall file its response/opposition within the time provided by the Local Rules.

(5)    *See* Order of Excludable Delay entered this date.

(6)    The case will take three days to try; unknown whether the defendant will plead.

(7)    The Final Status Conference is set for *Thursday, February 26, 2004 at 2:15 P.M.*

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1)    *See* ¶¶ (1)-(4), *supra.*

(2)    It does not.

(3)    None.

(4)    *See* Order of Excludable Delay entered this date.

(5)    Not applicable.

                                               */s/ Robert B. Collings*
                                               ROBERT B. COLLINGS
                                               United States Magistrate Judge

January 6, 2004.