# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

      v.                    CRIMINAL NO. 2003-10352-JLT

LARRY MATTHEWS,
      Defendant.

## *ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

    11/19/2003 - Indictment returned.

    11/21/2003 -   Initial Appearance

    11/21/2003 - 1/16/2004 - Government's Motion for Detention
                                    - filing to completion of hearings.

    11/26/2003 -   Arraignment

    11/27 - 12/24/2003 - Excluded as per L.R. 112.2(A)(2).

    1/6/2004 - Conference held.

    1/7 - 2/13/2004 -   Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of February 13, 2004, no (0) non-excludable days will have

occurred leaving SEVENTY (70) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

January 6 , 2004.