IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. )
) CRIMINAL NO. 03-10352-JLT
LARRY MATTHEWS )

JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(C)

The United States and counsel for Defendant Larry Matthews file this Joint Memorandum Pursuant to Local Rule 116.5(C) as follows:

1) There are no outstanding discovery issues to be resolved by the Court.

2) The government has provided the defendant with ballistics reports, a fingerprint examination report indicating that no prints were found, and a statement of interstate nexus relating to the firearm and ammunition. The Court previously ordered that all expert discovery be provided by the government no less than 45 working days before trial and reciprocal discovery by the defense at least 20 working days before trial. The parties do not anticipate providing any additional discovery as a result of future receipt of information, documents, or reports of examinations or tests.

3) The defendant does not intend to raise a defense of insanity or public authority.

4) The government has requested notice of alibi by the defendant. The defendant states that he does not intend to raise an alibi defense.

5) The defendant does not intend to file any dispositive motion or motion to suppress requiring a ruling by the District Court before trial.

6) There is no need to schedule any matter in the case other than trial.

7) The parties believe that a trial will be necessary in this case and that it would last about three or four days.

8) The Court has previously entered an order excluding for purposes of the Speedy Trial Act the following periods: 11/19/2003; 11/21/2003; 11/21/2003 through 1/16/2004; 11/26/2003; 11/27 through 12/24/2003; 1/6/2004; and 1/7/2004 through 2/13/2004. The parties agree that February 26, 2004, the date of the final status conference, also should be excluded. As of February 26, 2004, 12 days have elapsed leaving 58 days within which a trial must be commenced.

9) The parties estimate that a trial in this case would last about three or four days.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: Sandra S. Bower for
LEO SOROKIN, Esq.
Counsel for Defendant
Federal Public Defender
408 Atlantic Avenue
Boston, MA 02210
617-232-8061

By: Sandra S. Bower
SANDRA S. BOWER
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3184