# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

     v.                CRIMINAL NO. 2003-10352-JLT

LARRY MATTHEWS,
        Defendant.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

    The Court orders the following period of time excludable from the time period within which trial must commence:

    2/26/2003 - Conference held.

    2/27 - 3/26/2004 -    Continuance granted so that the defendant's counsel can attempt to locate material witnesses. I find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendant in a speedy trial.

    Thus, as of March 26, 2004, TWELVE (12) non-excludable days have occurred leaving FIFTY-EIGHT (58) days left to commence trial so as to be

within the seventy-day period for trial set by statute.

/s/ Robert B. Collings

March 4, 2004.

ROBERT B. COLLINGS
United States Magistrate Judge