# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                              CRIMINAL NO. 2003-10352-JLT

LARRY MATTHEWS,
        Defendant.

## *ORDER AND RECOMMENDATION AFTER FINAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(C)*

COLLINGS, U.S.M.J.

A Final Status Conference was held on February 26, 2004.

The within Order is prepared pursuant to Local Rule 116.5(D). Using the numeration of matters listed in Local Rule 116.5(C), I report as follows:

(1)    None.

(2)    No.

(3)    No.

(4)    The defendant will not rely on a defense of alibi.

  (5) No motions will be filed.

  (6) An Initial Pretrial Conference should be set as soon as possible after March 29, 2004 to set a firm trial date.

  (7) A trial will be necessary.

  (8) *See* Further Order of Excludable Delay entered this date.

  (9) Four trial days.

Using the numeration of matters listed in Local Rule 116.5(D), I report as follows:

  (1) Yes.

  (2) Yes; no reason for the case to remain with the magistrate judge.

  (3) *See* ¶ (5), *supra*.

  (4) *See* ¶ (8), *supra*.

  (5) Four trial days.

  (6) None.

I RECOMMEND that the Court set the case down for an Initial Pretrial Conference pursuant to Local Rule 117.1 on or after March 29, 2004 to set a firm trial date.

THE FILE IS RETURNED TO THE CLERK'S OFFICE WITH INSTRUCTIONS TO BRING THE CASE TO THE IMMEDIATE ATTENTION OF THE COURTROOM DEPUTY CLERK ASSIGNED TO JUDGE TAURO'S

SESSION.

The Clerk shall enter on the docket the fact that the case "is no longer referred to Magistrate Judge Collings."

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

March 4, 2003.