UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| v.                         ) | CRIMINAL NO. 03-CR-10352-JLT |
| ) | |
| LARRY MATTHEWS              ) | |

### EX PARTE MOTION BY COUNSEL TO WITHDRAW

Undersigned Counsel requests that this Court (1) permit undersigned counsel, and the Federal Defender Office, to withdraw from this case and (2) appoint new counsel to represent Mr. Matthews. As grounds, counsel states that there has been an irreconcilable breakdown in the attorney-client relationship.

LARRY MATTHEWS
By his attorney,


Leo T. Sorokin
 B.B.O. #559702
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061