UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 27  P 2: 10

U.S. DISTRICT COURT
DISTRICT OF MASS.

| UNITED STATES OF AMERICA | ) |
|---|---|
| v. | ) CR. NO.03-10352-JLT |
| LARRY MATTHEWS, | ) |
| Defendant. | ) |

**UNITED STATES' MOTION FOR
STATUS CONFERENCE AND FOR EXCLUDABLE DELAY**

The United States respectfully requests the Court to schedule a status conference in this matter in approximately 45 days and to exclude the time from the filing of this motion until the status conference for purposes of the Speedy Trial Act. Additionally, the United States asks the Court to exclude certain other periods of delay. In support of this motion, the government states the following:

1) The final status conference before Magistrate Judge Collings occurred on February 26, 2004, and the parties reported that the case was ready to be referred to the district court. Leo T. Sorokin, of the Federal Defender's Office, asked at that conference for the following 30 days to be excluded so the defense could continue its efforts to locate witnesses. That request was granted.[1]

2) The defendant served government counsel with a motion seeking new counsel on March 29, 2004. On April 8, 2004, Attorney Sorokin filed a motion to withdraw as counsel, which request was granted by this Court on May 6, 2004. On May 12, 2004, Magistrate Judge Collings appointed George Gormley to represent Matthews.

---

[1] As of March 26, 2004, 12 days had elapsed under the Speedy Trial Act.

3) The undersigned has spoken with Mr. Gormley who advises that he needs time to review the file and to do some other investigation before he will be in a position to know whether he will request additional discovery or will file any pretrial motions.

4) Accordingly, the government asks the Court to schedule a status conference in approximately 45 days and to exclude the period between the filing of this motion and the date of the conference for purposes of the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) in that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.

5) The government also submits that the following additional periods should be excluded: March 29, 2004, (date of defendant's pro se filing) through May 12, 2004, (date Attorney Gormley appointed) pursuant to 18 U.S.C. §3161(h)(1)(F); and May 17, 2004, (date of sealed motion as to Larry Matthews) through May 20, 2004 (Order granting motion) pursuant to 18 U.S.C. §3161(h)(1)(F).

6) The undersigned has spoken to Attorney Gormley and represents to the Court that he assents to the relief requested in this motion.

WHEREFORE, the United States respectfully requests the Court to: 1) schedule a status conference to be held in approximately 45 days; 2) to exclude, for purposes of Speedy Trial, the period from the filing of this motion until the date of this status conference ; and 3) to exclude, for purposes of Speedy Trial, the periods of March 29, 2004, through May 12, 2004, and May 17, 2004 through May 20, 2004.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: *Sandra S. Bower*
SANDRA S. BOWER
Assistant United States Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3184

## CERTIFICATE OF SERVICE

This is to certify that I have this 27th day of May, 2004, served by first-class mail a copy of the foregoing document upon counsel for the defendant:

George F. Gormley, Esq.
655 Summer Street
Boston, MA 02210

*Sandra S. Bower*
SANDRA S. BOWER
Assistant United States Attorney

3