A-1

51/25/04
M.P.

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                           )
         **v.**               )         **Criminal No. 03-CR-10352-JLT**
                           )
                           )
**LARRY MATTHEWS**           )

# ORDER

After consideration of the United States' motion, it is hereby ORDERED:

1) A status conference will be held at _10:00_ a.m./p.m. on _July 7_, 2004, in Courtroom 20, 7th Floor, United States Courthouse, Boston, Massachusetts;

2) The period between May 26, 2004, and the date of the status conference is excluded for purposes of the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) in that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.

3) The periods between March 29, 2004, and May 12, 2004, and between May 17, 2004, through May 20, 2004 are excluded pursuant to 18 U.S.C. §3161(h)(1)(F).

 

JOSEPH L. TAURO
UNITED STATES DISTRICT JUDGE

_6/9/04_
Date

4