UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| v. | * |
| | *   Criminal No. 03-10352-JLT |
| | * |
| LARRY MATTHEWS, | * |
| Defendant. | * |

ORDER

July 8, 2004

TAURO, J.

After a conference on July 8, 2004, this court hereby orders that:

1. <u>Defendant Larry Matthews' Motion for a View</u> [#23] is ALLOWED; and

2. Trial will commence on September 7, 2004 at 10:00 a.m.

IT IS SO ORDERED.

                                                  /s/ Joseph L. Tauro
                                               United States District Judge