UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| V.                                      ) | Criminal No.03-10352-JLT |
| ) | |
| LARRY MATTHEWS              ) | |
|             DEFENDANT       ) | |

### UNITED STATES' ASSENTED TO MOTION FOR
### EXCLUDABLE DELAY

The United States respectfully requests the Court to exclude the period between July 8, 2004, and September 7, 2004, for purposes of the Speedy Trial Act. In support of this motion the government states the following:

1) At the status conference before this Court on July 8, 2004, the parties reported that the case was ready to proceed to trial. The defendant's attorney, George F. Gormley, Esq. stated that he had received from the government all the discovery he had requested to date and the undersigned reported that certain expert discovery disclosures were forthcoming. Attorney Gormley also stated that he intended to discuss various case-related matters with the defendant in the near future.

2) The Court scheduled trial for September 7, 2004, and the parties agreed at the conference that the period from July 8, 2004, through the trial date, should be excluded from the Speedy Trial computation.

3) Accordingly, the government requests the Court to exclude

the period between the July 8, 2004, and September 7, 2004, for the purposes of the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) in that the ends of justice outweigh the best interest of the public and the defendant in a speedy trail.

4) The undersigned has spoken to Attorney Gormley and represents to the Court that he assents to the relief requested in this motion.

WHEREFORE, the United States respectfully requests the Court to exclude, for the purposes of Speedy Trial, the period of July 8, 2004, until the date of trial, September 7, 2004.

Respectively submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: *Sandra S. Bower*
SANDRA S. BOWER
Assistant United States Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3184

2

**CERTIFICATE OF SERVICE**

This is to certify that I have this 15th day of July, 2004, served by first-class mail a copy of the foregoing document upon counsel for the defendant:

    George F. Gormley, Esq.
    655 Summer Street
    Boston, MA 02210

               /s/ Sandra S. Bower
               SANDRA S. BOWER
               Assistant United States Attorney