UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
)
v. )  Criminal No.03-10352-JLT
)
)
LARRY MATTHEWS )
        DEFENDANT )

ORDER

After consideration of the United States' motion, it is hereby ORDERED:

1) The period between July 8, 2004, and September 7, 2004, is excluded for purposes of the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) in that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.

JOSEPH L. TAURO
UNITED STATES DISTRICT JUDGE

Date  7/20/04