UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 03-CR-10352-JLT |
| v. ) | |
| ) | |
| LARRY MATTHEWS, ) | |
|    a/k/a Jermaine, ) | |
|    a/k/a Germaine, ) | |
|       Defendant | |

## DEFENDANT LARRY MATTHEWS' MOTION TO SEQUESTER WITNESSES PURSUANT TO FED. R. EVID. 611 AND 615

Now comes the defendant, LARRY MATTHEWS, and requests this Honorable Court order that the witnesses in this case be excluded from the courtroom during the trial of this case so that they cannot hear the testimony of the other witnesses.

The defendant further requests that this Court order that the attorney for the government instruct each of the government witnesses that from September 7, 2004 until the conclusion of this trial (or further order of this Court):

1. Trial witnesses are not to consult with one another or communicate with one another regarding anything related to the arrest and prosecution of the defendant, Larry Matthews, for the alleged possession of a firearm at the Lenox Street Housing project on or about August 11, 2003.

2. Trial witnesses are not to listen to the testimony of the other trial witnesses.

3. Trial witnesses yet to actually testify are not to communicate with those who have given testimony.

4. Those trial witnesses who have testified and been excused by the Court shall not discuss either their testimony or the events of August 11, 2003, directly or indirectly, with other prospective witnesses.

I certify that a true copy of the above document was served upon the attorney of record for each other party by MAIL/HAND on the date stated herein

*George F. Gormley*/AN

Respectfully submitted,
**LARRY MATTHEWS**,
By his attorney,

*George F. Gormley*/AN
George F. Gormley
*George F. Gormley, P.C.*
655 Summer Street
Boston, MA 02210
(617) 478-2750
BBO No. 204140

Dated: 8-26-04

Page 2