UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>v. )<br> )<br>LARRY MATTHEWS, )<br>   a/k/a Jermaine, )<br>   a/k/a Germaine, )<br>       Defendant ) | CRIMINAL NO. 03-10352-JLT |

## DEFENDANT LARRY MATTHEWS' MOTION IN LIMINE REGARDING USE OF PRIOR CONVICTIONS OF DEFENDANT

Now comes the defendant, LARRY MATTHEWS, and requests that this Court determine prior to the close of the government case against him which of the previous convictions appearing in the listing annexed as "A" will be available as impeachment evidence under Rule 609(a)(1) or (d) in the event that Mr. Matthews elects to testify in his own defense.

The defendant says that he and the United States have stipulated to his status as an individual convicted of a crime punishable by imprisonment for a term exceeding one year as that is an element of the crime charged in this indictment. Defendant further states that the Government should be precluded from offering evidence of the nature of the prior conviction to which Mr. Matthews has stipulated, as admission of that evidence would raise the risk of a verdict tainted by improper considerations. See Old Chief v. United States, 519 U.S. 172 (1997).

Allowing impeachment under Rule 609 by use of defendant's convictions (other than the one stipulated to which satisfies the element that he is a felon) would add nothing of probative value to the government's case, but would have a substantial and unfairly prejudicial impact on Mr.

Matthews' defense.

**WHEREFORE**, defendant respectfully requests that this Court rule on which, if any, of his prior convictions can be used as impeachment evidence pursuant to Rule 609(a)(1) or (d) prior to the close of the government's case against him.

I certify that a true copy of the above document was served upon the attorney of record for each other party by MAIL / ——— on the date stated herein

*[signature: George F. Gormley /aw]*

Dated: 8/26/04

Respectfully submitted,
**LARRY MATTHEWS,**
By his attorney,

*[signature: George F. Gormley /aw]*
George F. Gormley
George F. Gormley, P.C.
655 Summer Street
Boston, MA 02210
(617) 478-2750
BBO No. 204140