## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 03-10352-JLT |
| | ) | |
| v. | ) | |
| | ) | |
| LARRY MATTHEWS, | ) | |
| a/k/a  Jermaine, | ) | |
| a/k/a  Germaine, | ) | |
| Defendant | | |

## DEFENDANT LARRY MATTHEWS' *CORRECTED* REQUEST FOR VOIR DIRE OF THE PROSPECTIVE JURORS

Now comes the defendant, LARRY MATTHEWS, and moves this Honorable Court, pursuant to Fed. R. Crim. P. 24(a) to examine the prospective jurors by inquiry as follows:

### I.    Victim of Crime

1.    Have you ever been the victim of a crime?

If yes, please describe the incident to include the following:

a.    When did it take place?

b.    What was the age, race, national origin, and sex of the perpetrator?

c.    Were the police called?

d.    Was anyone arrested?

e.    Did you testify in court?

f.    What impressions about the police and about the judicial system did you form as a result of your experience?

g.    Will this experience interfere in any way with your ability to be fair and impartial in this case?

## II.  Relationship to Law Enforcement Personnel

1.  Are you related to, or close friends with, any police officers, district attorneys, or other law enforcement personnel?  If yes:

    a.  Please describe your relationship with this person?

    b.  How often do you see him / her?

    c.  Where does he / she work?

    d.  Does he / she discuss his / her work with you?

    e.  As a result of your contact with this person, what are your impressions about police work / district attorneys' office, etc.?

    f.  Will this relationship interfere in any way with your ability to be fair and impartial in this case?

## III.  Attitudes and Impressions About Law Enforcement and Criminal Justice System

1.  What does it mean to you when the police arrest or the government indicts someone?

2.  Does the fact that the defendant has been arrested or indicted make you think he did something wrong?

## IV.  Attitudes About Nature of Crime / Defendant

1.  Will the fact that this case involves a charge involving possession of a firearm affect your ability to judge the evidence objectively and impartially?

2.  Do any of you have feelings one way or the other about alleged gang membership and/or activity that would make it difficult for you to act as a fair and impartial juror in this case?

3.   Do any of you believe that black Americans, simply because they are black, are more likely to commit crimes than persons of other heritages?

4.   Do any of you have feelings one way or another about persons of black ancestry that would make it at all difficult for you to act as a fair and impartial juror in this case?

5.   Does the recent gun related violence within the neighborhoods of Boston, and the media publicity relating to this, prejudice your ability to decide this case on the instructions about the specific statutes involved and provisions of the United States Constitution governing the conduct of fair trials that the Court will instruct you about if you are seated in the jury.

## V.   **Presumption of Innocence / Burden of Proof**

1.   Does the fact that Larry Matthews is charged with a serious crime make you think he must have done something wrong?

2.   Do you believe that Larry Matthews could be innocent even though he is charged with a serious crime?

3.   Do you recognize that while in a civil case a mere preponderance of the evidence is sufficient, in a criminal case it is necessary for the prosecution to prove the defendant guilty beyond a reasonable doubt?

4.   Do you disagree with the law that the burden of proving the defendant guilty beyond a reasonable doubt rests with the prosecution?

5.   In the recent past, have you become aware of any change in the number of violent crimes being committed in the City of Boston? Do you feel that this increase is due primarily to the number of blacks in the city?

## VI.  Nature of Defense

1.  If the Court instructs you that the crime charged includes several elements, will you vote for acquittal unless you are satisfied that the proof establishes all the elements?

2.  One of the elements of the crime charged here will be that the defendant was, prior to August 11, 2003, convicted of a crime punishable for more than one year in prison.  The parties have stipulated to that fact.  Will that cause you to feel that because of this prior criminal record that Mr. Matthews is more likely to have committed the crime with which he is presently charged?

3.  You understand, do you not, that the burden of proof is always on the prosecution, and that the defendant need not present any evidence?  You also understand, do you not, that the defendant need not testify on his own behalf?

I certify that a true copy of the above document was served upon the attorney of record for each other party by MAIL/HAND on the date stated herein

_[signature]_

Respectfully submitted,
**LARRY MATTHEWS,**
By his attorney,

_[signature]_

George F. Gormley
*George F. Gormley, P.C.*
655 Summer Street
Boston, MA 02210
(617) 478-2750
BBO No. 204140

Dated: 8-30-04