UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA	)	CRIMINAL NO. 03-10352-JLT
	)
	)
v.	)
	)
LARRY MATTHEWS,	)
    a/k/a   Jermaine,	)
    a/k/a   Germaine,	)
       Defendant

## MOTION TO PRECLUDE INTRODUCTION OF BAD CHARACTER TESTIMONY

Now comes the defendant, LARRY MATTHEWS, and moves to preclude the government from:

"... eliciting testimony from one or more of the Boston Police officers who arrested Mr. Matthews that at the time he was observed, he was trespassing on the Lenox Street housing project property and that he had been previously warned on several occasions by police about doing so as he lived elsewhere in Boston."

As grounds of this request defendant says:

A.  The discovery produced to the defendant shows that in the time period November 11, 2002 to August 11, 2003, Mr. Matthews was FIO'd on eleven occasions:

   1. 11/14/2002 at 18:30   "Area D4"   *Entered by eddiew on 06/04/03*

      - Larry Matthews was FIO'd at 10 Trotter Ct.

      - He was in a tan car, wearing a jacket and blue jeans.

      - Larry Matthew was stopped because he was unknown to officers, possible drug dealer, possible gang member.

      - Larry Matthews was in the company of Justin Goggin and James Hicks.

      - DK02 Unit.

2. **05/13/2003 at 14:00   "Area A1"**   *Entered by guest on 05/24/03*

- Larry Matthews was FIO'd at Suffolk Court.

- He was in an all blue jean suit, dread locks with ponytail, and gold rim glasses.

- Larry Matthews was stopped while attending the assault with intent to murder trial of Kwombe Bell, possibly as an intimidation factor.

- YVSF Unit; Officer Freire 4150

3. **05/14/2003 at 23:00   "Area A1"**   *Entered by eddiew on 06/04/03*

- Larry Matthews was FIO'd at Suffolk Place.

- He was wearing a gray shirt and blue jeans.

- Larry Matthews was stopped while attending the assault with intent to murder trial of Kwombe Bell, possibly as an intimidation factor.

- YVSF Unit; Officer Yee 3209

4. **05/30/03 at 16:10   "Area D4"**   *Entered by ellenm on 07/07/03*

- Larry Matthews was FIO'd at 47 Kendall Street.

- He was wearing a black do rag, black shirt, blue jeans, black sneakers.

- Larry Matthews was observed in the company of Chris Predergast, 174 Hampton Street #4, DOB 3/5/82.

- Reason for stop is that he is known to area D4 as an impact player.

- Officers Freire, Bresnahan, J. Brown.

5. **05/30/03 at 18:00   "Area D4"**   *Entered by ellenm on 07/07/03*

- Larry Matthews was FIO'd at Gainsborough St. at St. Botolph St.

- He was wearing a black do rag, black shirt, blue jeans, black sneakers.

- Larry Matthews was observed in the company of Chris Predergast, 174 Hampton Street #4, DOB 3/5/82

- Reason for stop is that he is known to Area D4 impact player – multiple (past) firearm and drug offenses, appeared to be hiding an object.

- Officers Freire, Bresnahan, J. Brown.

6. **06/21/03 at 19:30**    **"Area D4"**    *Entered by ellenm on 07/19/03*

   - Larry Matthews was FIO'd at Shawmut Ave at Lenox St.

   - He ws wearing blue jeans and a gray hoody.

   - Larry was observed in the company of three unknown b/m's.

   - Reason for stop is that he is known to Area D4 as impact player.

   - Officers Guzman, Yee, Dalrymple.

7. **07/15/03 at 15:15**    **"Area D4"**    *Entered by denisew on 08/03/03*

   - Larry Matthews was FIO'd at 801 Douglas Park.

   - He was wearing black jeans, black tank, and black sneakers.

   - Reason for stop is that he is an impact player / gang investigation / Hot Spot.

   - Unit: TK02 Predergast, Christopher; Gentile, Lee.  Officers: 3209 Yee; 7201 Wright; 1786 Bresnahan.

8. **07/18/03 at 08:30**    **"Area D4"**    *Entered by boyleju on 07/31/03*

   - Larry Matthews was FIO'd at Shawmut Ave. at Lenox St.

   - He was wearing a black t-top.

   - Larry Matthews was observed in the company of an unknown fremale.

   - Reason for original stop is that he is known to Area D4 as an impact

player, an open case for V.A.L's.

- Officers: Brown, Bresnhan.

9.  07/18/03 at 00:00     "Area D4"    *Entered by boyleju on 07/31/03*

    - Larry Matthews was FIO'd at 618 Shawmut Ave.
    - He was wearing black jeans, black t-top and a blue and white checkered shirt.
    - Larry Matthews was observed in the company of Chris Predergast, DOB 03/5/82; and Charles Williams, DON 08/24/79.
    - Alias is Jermaine Matthews.
    - Unit: TK02; Officer Bresnahan.

10. 07/24/03 at 13:31     "Area D4"    *Entered by eddiew on 07/28/03*

    - Larry Matthews was FIO'd at 617 Shawmut Ave.
    - Larry Matthews observed in the company of Charles Williams and Christopher Prendergast.
    - Reason for original stop Lenox St gang member; public drinking; prior firearm arrest.
    - Unit: D933; Officers Singletary, McLaughlin, Brown and Bresnahan.

11. 08/11/03 at 19:15     "Area D4"    *Entered by eddiew on 08/28/03*

    - Larry Matthews FIO'd at 10 Lattimore Court.
    - Larry Matthews was wearing a white t-shirt and jeans.
    - Reason for original stop arrested for drinking in public, possession of firearm and additional offenses.
    - In the company of Chris Prendergast, DOB 03/05/81; Jeffrey Alegria DOB 06/05/81; Andrew Perry 01/07/79.
    - Alias Jermaine Matthews

Page 4

- Officer Guzman.

B.  Contrary to the opinion of the attorney for the government stated in her letter of August 18, 2003 annexed hereto as "A" the proffered evidence is simply "bad character" evidence offered to overpersuade the jury of Mr. Matthews' allegedly bad general record and therefore deny him a fair opportunity to defend against his particular charge. See Nicholson v. United States, 335 U.S. 469, 482 (1948).

C.  The profferred evidence is not admissible for any other purpose as an exception to the bad character rule permitted under the provisions of F.R. Evid. R. 404(b)

I certify that a true copy of the above document was served upon the attorney of record for each other party by MAIL/HAND on the date stated herein

*[signature]*

Respectfully submitted,
**LARRY MATTHEWS,**
By his attorney,

*[signature]*

George F. Gormley
*George F. Gormley, P.C.*
655 Summer Street
Boston, MA 02210
(617) 478-2750
BBO No. 204140

Dated: 8-30-04

Case 1:03-cr-10352-JLT    Document 38    Filed 08/30/2004    Page 6 of 7



U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

*1 Courthouse Way, Suite 0200*
*Boston, Massachusetts 02210*

August 18, 2004

**By Facsimile & Mail**
George F. Gormley, Esq.
655 Summer Street
Boston, MA 02210

Re: <u>United States v. Larry Matthews</u>
     Criminal No. 03-10352-JLT

Dear Mr. Gormley:

Although I do not believe the following is Rule 404(b) evidence, be advised that during the government's case-in-chief, I anticipate eliciting testimony from one or more of the Boston Police officers who arrested your client that at the time he was observed, he was trespassing on the Lenox Street housing project property and that he had been previously warned on several occasions by police about doing so as he lived elsewhere in Boston.

You have requested that reports be made of trial preparation interviews of the arresting officers. Although I do not agree to prepare or produce reports of these interviews, I am mindful of the government's continuing discovery obligations and will advise you accordingly. I also will object to excluding Agent Rudnicki from the courtroom during the trial of this matter.

I will inquire if there is any documentation regarding a definition of "impact player" by the Boston Police Department.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By: *Sandra S. Bower*
SANDRA S. BOWER
Assistant U.S. Attorney