```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA

       v.                                    Criminal No. 03-10352-JLT

LARRY MATTHEWS

_____

## UNITED STATES' WITNESS LIST

Officer John Bresnahan
Boston Police Department
Youth Violence Strike Force

Officer John Brown
Boston Police Department
Youth Violence Strike Force

Detective Tyrone Camper
Boston Police Department
Ballistics Unit

Officer Mark Freire
Boston Police Department
Youth Violence Strike Force

Agostina Gonzales
Boston, MA

Kelly Gonzales
Boston, MA

Officer Mario Lozano
Boston Police Department
Identification Unit

Officer Marc Sullivan
Boston Police Department
Youth Violence Strike Force