UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | |
| | ) | CRIMINAL No. 03-10352-JLT |
| LARRY MATTHEWS | ) | |
| | ) | |

UNITED STATES' EXHIBIT LIST

| EXHIBIT No. | DESCRIPTION | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|
| 1 | Map of Lenox Street housing development | | | |
| 2 | Photograph of tree/fence | | | |
| 3 | Photograph of exterior of 10 Lattimore Court (far) | | | |
| 4 | Photograph of exterior of 10 Lattimore Court (close) | | | |
| 5 | Photograph of apartment door/firearm | | | |
| 6 | Photograph of firearm & mat | | | |
| 7 | Beretta .22 caliber pistol, Model 21A, bearing serial number BES 26167U | | | |
| 8 | 6 rounds of .22 caliber ammunition | | | |

| STIPULATION No. | DESCRIPTION | | | PUBLISHED |
|---|---|---|---|---|
| 1 | Previously convicted of a felony | | | |
| 2 | Interstate Commerce | | | |
| | | | | |

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:  /s/ Sandra S. Bower
     SANDRA S. BOWER
     Assistant U.S. Attorney
     U. S. Attorney's Office
     John Joseph Moakley
     United States Courthouse
     1 Courthouse Way, Suite 9200
     Boston, MA  02210
     617-748-3184