UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | |
| | ) | CRIMINAL No. 03-10352-JLT |
| LARRY MATTHEWS | ) | |
| | ) | |

UNITED STATES' AMENDED EXHIBIT LIST

| EXHIBIT No. | DESCRIPTION | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|
| 1 | Photograph of tree/fence | | | |
| 2 | Photograph of exterior of 10 Lattimore Court (far) | | | |
| 3 | Photograph of exterior of 10 Lattimore Court (close) | | | |
| 4 | Photograph of exterior of 10 Lattimore Court (white sign) | | | |
| 5 | Photograph of apartment door/firearm | | | |
| 6 | Photograph of firearm & mat | | | |
| 7 | Beretta .22 caliber pistol, Model 21A, bearing serial number BES 26167U, clip, & ballistics unit box | | | |

| **EXHIBIT No.** | **DESCRIPTION** | **IDENTIFIED** | **OFFERED** | **ADMITTED** |
|---|---|---|---|---|
| 8 | 6 rounds of .22 caliber ammunition | | | |
| 9 | test fired rounds of .22 caliber ammunition | | | |
| **STIPULATION No.** | **DESCRIPTION** | | | **PUBLISHED** |
| 1 | Previously convicted of a felony | | | |
| 2 | Interstate Commerce | | | |
| | | | | |

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:  /s/ Sandra S. Bower
      SANDRA S. BOWER
      Assistant U.S. Attorney
      U. S. Attorney's Office
      John Joseph Moakley
      United States Courthouse
      1 Courthouse Way, Suite 9200
      Boston, MA  02210
      617-748-3184