UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 03 -10352-JLT |
| --- | --- | --- |
| | ) | |
| v. | ) | |
| | ) | |
| LARRY MATTHEWS, | ) | |
|    a/k/a Jermaine, | ) | |
|    a/k/a Germaine, | ) | |
|       Defendant | | |

## DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Identified | Offered | Admitted |
| --- | --- | --- | --- | --- |
| A | Police Report | | | |
| B | Transcript of Massachusetts Grand Jury Testimony of Officer John Brown | | | |
| C | Transcript of United States Grand Jury Testimony of Special Agent Lisa Rudnicki | | | |
| D | Special Agent Lisa Rudnicki's Testimony at the Hearing of November 26, 2003 | | | |
| E | Two Aerial photos of the Lenox Street Housing Project (of differing scale) <br> 1) 1 in. = 50 ft. <br> 2) 1 in. = 20 ft. | | | |
| F | Architect's Rendering of Lobby at 10 Lattimore Court, as well as Curriculum Vitae of John Cunningham. | | | |
| G | Map of Lenox Street Housing Projects <br> 1) Scale of 1 in. = 50 ft. <br> 2) Scale of 1 in. = 20 ft. | | | |

| | | | | |
|---|---|---|---|---|
| H | August 2003 Local Climatological Data Chart from National Climatic Data Center | | | |
| I | Photograph of Front Entrance to 10 Lattimore Court | | | |
| J | Photographs (4) of the Progression from the Front Door to the Back Door of 10 Lattimore Court | | | |
| K | Photograph of View of Building Rear and Rear Door Area of 10 Lattimore Court | | | |
| L | Photographs (3) of Progression from the Back Door to the Front Door of 10 Lattimore Court | | | |
| M | View of Marissa Wallace's Apartment on Lenox Street Taken from Rear of 10 Lattimore Court | | | |
| N | 3 Views of Rear of 10 Lattimore Court from Marissa Wallace's Lenox Street Apartment Window | | | |
| O | 3 Additional Views of Rear of 10 Lattimore Court Shot from the Alcove Leading to the Rear Door. | | | |

Respectfully submitted,
**LARRY MATTHEWS,**
By his attorney,

I certify that a true copy of the above document was served upon the attorney of record for each other party by MAIL/HAND on the date stated herein

_Christie M. Charles_

George F. Gormley
*George F. Gormley, P.C.*
655 Summer Street
Boston, MA 02210
(617) 478-2750
BBO No. 204140

Dated: 9-3-04