UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 03 -10352-JLT |
| | ) | |
| v. | ) | |
| | ) | |
| LARRY MATTHEWS, | ) | |
|    a/k/a   Jermaine, | ) | |
|    a/k/a   Germaine, | ) | |
|       Defendant | | |

## DEFENDANT'S WITNESS LIST

1. John Cunningham, Architect, 655 Summer Street in Boston, MA (Business); resides in Boston, MA.

2. Marissa Wallace, resides on Lenox Street in Boston, MA.

3. John McCarthy, Private Investigator, resides in Billerica, MA.

4. Thomas Cargill, defendant's employer at Gray Oil, 33 Mt. Auburn Street in Waterotwn, MA (Business); resides in Lexington, MA.

5. Special Agent Lisa Rudnicki of the Bureau of Alcohol, Tobacco, and Firearms, Boston, MA.

I certify that a copy of the above document was served upon the attorney of record for each other party by MAIL/HAND on the date stated herein

_____

Respectfully submitted,
LARRY MATTHEWS,
By his attorney,

_George F. Gormley_
George F. Gormley
*George F. Gormley, P.C.*
655 Summer Street
Boston, MA 02210
(617) 478-2750
BBO No. 204140

Dated: 9-3-04