UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| v. | * | Criminal Action No. 03-10352-JLT |
| | * | |
| | * | |
| LARRY MATTHEWS | * | |

ORDER

September 7, 2004

TAURO, J.

The court hereby orders that:

1. After reconsideration, Defendant Larry Matthews' Motion for a View [#23] is DENIED;

2. Defendant Larry Matthews' Motion to Sequester Witnesses Pursuant to Fed. R. Evid. 611 and 615 [#35] is ALLOWED except as to the case agent;

3. Defendant Larry Matthews' Motion *in Limine* Regarding Use of Prior Convictions of Defendant [#36] is ALLOWED to the extent that the government shall not use Defendant's prior convictions in its case-in-chief;

4. Defendant Larry Matthews' Motion *in Limine* Regarding Use of Prior Convictions of Defendant [#36] is otherwise DENIED;

5. Defendant's Motion to Preclude Introduction of Bad Character Testimony [#38] is ALLOWED as stated in open court;

6. Defendant's *Ex Parte* Motion for Issuance of a Trial Subpoena Duces Tecum to the Person Most Knowledgeable Regarding the Investigation of Boston Police

Officer Dennis LeBlanc by the Attorney General of the Commonwealth [#39] is DENIED as withdrawn in open court;

7. Defendant's Motion *in Limine* to Preclude "Statistical Improbability" Testimony by Boston Police Officer Mario R. Lozano [#40] is ALLOWED; and

8. Defendant's *Ex Parte* Motion for Authorization of Funds to Pay for Architectural Drawing Services and Professional Fees for Site Inspection and Testimony at Court [#44] is ALLOWED.

IT IS SO ORDERED.

                                                                   /s/ Joseph L. Tauro
                                                 United States District Judge