UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

CASE NO. CR 03-10352-JLT

LARRY MATTHEWS,

**VERDICT FORM**

WE, THE JURY, FIND:  THE DEFENDANT, LARRY MATTHEWS,

GUILTY __✓__   NOT GUILTY _____   AS TO COUNT: 1 (Felon in Possession of Firearm and Ammunition)

9/9/04
DATE

[Foreperson's Signature: David R. Edwards]
FOREPERSON'S SIGNATURE