UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 03-10352-JLT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v, | ) |
| | ) |
| LARRY MATTHEWS, | ) |
|    a/k/a  Jermaine, | ) |
|    a/k/a  Germaine, | ) |
|       Defendant | |

## MOTION TO CONTINUE SENTENCING HEARING
*(Assented to)*

Now comes LARRY MATTHEWS, by his attorney, and requests that this Court continue the sentencing hearing in this matter, currently scheduled for November 17, 2004 at 10:00 a.m. to December 15, 2004, or some further time convenient to the calendar of this Court.

As grounds for this request, defendant states as follows:

1. The defendant's counsel has been occupied with other matters pending in this Court;

2. The defendant's counsel has plans to be out of state for the period November 10, 2004 through November 16, 2004 and these plans would interfere with adequate preparation.

3. The defendant also notes that the United States Supreme Court has two cases under advisement, decision of which could affect the constitutionality of the process now used to determine his sentence;

4. The defendant is detained and therefore there is no danger to the community;

5. The United States (by Sandra S. Bower, Esq., AUSA) does not oppose this request.

Respectfully submitted,
**LARRY MATTHEWS,**
By his attorney,

*/s/ George F. Gormley*
George F. Gormley
*George F. Gormley, P.C.*
655 Summer Street
Boston, MA 02210
(617) 478-2750
BBO No. 204140

Dated: 10-28-04

I certify that a true copy of the above
document was served upon the
attorney of record for each other
party by MAIL/HAND on the date
stated herein

*/s/ Christie M. Charles*