Larry J. Matthews
26 Long Pond RD
Plymouth, MASS. 02360

12-5-04

Zita Lovett
John J Moakley U.S. Courthouse
1 Courthouse Way
Boston, MASS. 02210

03CR10352JLT

Dear MS. Lovett

    I am writing to you in regards to a motion my Attorney George F. Gormley filed. Some time in August Mr. Gormley filed a motion for a view of 10 Lattimore where I was arrested and I am try to get the Judge's decision. On September 7 the Judge made another decision regarding the view concern was the view was not going to happen. I am looking for his first decision which I believe he made in August. Thank you for your time and attention to this letter.

Very truly yours,
Larry J. Matthews