Larry Farrow
36 Long Pond Rd,
Plymouth, MASS

12-27-04

Zita Lovett
1 Courthouse Way
Boston, MASS.

Dear Ms Lovett

    I am writing you in regards to a letter I wrote you a few weeks ago regarding a motion to view. I wanted the copy of the Judges response. Also, I am sending this memo to have my Attorney removed from my case. Thanking you for your attention to this matter.

Very truly yours,
Larry Farrow