UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL NO. 03 -10352-JLT** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LARRY MATTHEWS,** | ) | |
|    a/k/a   Jermaine, | ) | |
|    a/k/a   Germaine, | ) | |
|       Defendant | | |

### DEFENDANT LARRY MATTHEWS' NOTICE OF APPEAL

Now comes defendant, LARRY MATTHEWS, and gives notice of his appeal to the United States Court of Appeals for the First Circuit of both his conviction after trial by jury and the sentence imposed upon him on February 2, 2005 by the United States District Court (Tauro, J., U.S.D.J.).

                                                Respectfully submitted,
                                                **LARRY MATTHEWS,**
                                                By his attorneys,

                                                /s Christie M. Charles
                                                George F. Gormley (BBO# 204140)
                                                Christie M. Charles (BBO# 646995)
                                                *George F. Gormley, P.C.*
                                                655 Summer Street
                                                Boston, MA 02210
                                                (617) 478-2750

**Dated:**        March 10, 2005