## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 03-cr-10352

United States of America

v.

Larry Matthews

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/10/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 4, 2005.

Sarah A. Thornton, Clerk of Court

By: _Jeanette Ramos_

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: _5/4/05_.

_K Barchard_

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:03-cr-10352-JLT-ALL

Case title: USA v. Matthews              Date Filed: 11/19/2003

Assigned to: Judge Joseph L. Tauro

### Defendant

**Larry Matthews** (1)            represented by    **George F. Gormley**
*TERMINATED: 03/07/2005*                            655 Summer Street
*also known as*                                     Boston, MA 02210
Jermaine (1)                                        617-478-2750
*TERMINATED: 03/07/2005*                            Fax: 617-478-2755
*also known as*                                     Email: gfgormley@aol.com
Germaine (1)                                        *LEAD ATTORNEY*
*TERMINATED: 03/07/2005*                            *ATTORNEY TO BE*
                                                    *NOTICED*
                                                    *Designation: CJA*
                                                    *Appointment*

                                                    **Leo T. Sorokin**
                                                    Federal Defender's Office
                                                    408 Atlantic Ave.
                                                    Third Floor
                                                    Boston, MA 02210
                                                    617-223-8061
                                                    Fax: 617-223-8080
                                                    *TERMINATED: 05/12/2004*
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE*
                                                    *NOTICED*
                                                    *Designation: Public Defender*

*or Community Defender Appointment*

| | |
|---|---|
| **Pending Counts** | **Disposition** |

18:922(g)(1)-FELON IN POSSESSION OF FIREARM & AMMUNITION (1)

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 180 months. Upon release from imprisonment, the defendant shall be on supervised release for a total term of 180 months. The standard conditions of supervision shall apply. An assessment of $100.00 is to be paid.

**Highest Offense Level (Opening)**
Felony

**Terminated Counts**                    **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                              **Disposition**
None

---

**Plaintiff**



**USA**                        represented by **Sandra S. Bower**
United States Attorney's
Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3184
Fax: 617-748-3967
Email:
Sandra.Bower@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/19/2003 | 1 | INDICTMENT as to Larry Matthews (1) count(s) 1. (Diskes, Sheila) (Entered: 11/21/2003) |
| 11/19/2003 | 2 | Judge Joseph L. Tauro : ORDER entered ORDER REFERRING CASE to Magistrate Judge Robert B. Collings Reason for referral: PRETRIAL as to Larry Matthews (Diskes, Sheila) (Entered: 11/21/2003) |
| 11/19/2003 | 3 | Arrest Warrant Issued as to Larry Matthews. (Diskes, Sheila) (Entered: 11/21/2003) |
| 11/21/2003 |  | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings :Initial Appearance as to Larry Matthews held on 11/21/2003. Defendant is advised of maximum penalty and rights, and requests counsel. Miriam Conrad stands in for Leo Sorokin at initial appearance. Detention hearing and arraignment is set for 9:30 a.m. on Wednesday, Nov. 26, 2003. Deft. is remanded to the custody of the US Marshal. (CD: 3:30 PM.) (Affsa, Gina) (Entered: 11/21/2003) |
| 11/21/2003 | 4 | Judge Robert B. Collings : ORDER APPOINTING |

| | | FEDERAL PUBLIC DEFENDER as to Larry Matthews. Leo T. Sorokin for Larry Matthews appointed. (Affsa, Gina) (Entered: 11/21/2003) |
|---|---|---|
| 11/21/2003 | 5 | CJA 23 Financial Affidavit by Larry Matthews (Affsa, Gina) (Entered: 11/26/2003) |
| 11/26/2003 | | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings :Detention Hearing as to Larry Matthews held on 11/26/2003. Agent Lisa Rudnicki testifies for the gov't and is cross examined by the defense. Mr. Sorokin makes argument and proposes that the deft. live with his mother as a third party custodian when his mother gets a new apartment. Court tells defense to have her interviews by pretrial AFTER she secures an apartment. Once the court receives the pretrial report this hearing will be continued to consider the third party custodian. At that time it will hear the government's argument. Arraignment as to Larry Matthews (Count 1) also held on 11/26/2003, deft. pleads not guilty. Initial status conference set for Jan 6, 2004 at 12:15 PM. (CD: 9:40 a.m.) (Affsa, Gina) (Entered: 11/26/2003) |
| 11/26/2003 | 6 | Judge Robert B. Collings : MEMORANDUM AND ORDER entered as to Larry Matthews following arraignment. (Affsa, Gina) (Entered: 11/26/2003) |
| 01/06/2004 | | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings:Initial Status Conference as to Larry Matthews held on 1/6/2004. Leo Sorokin & Sandra Bower present. Mr. Sorokin states that his client cannot live with his mother because she is moving into public housing and proposes to the court that Mr. Matthews can live with his brother who lives in a privately owned apartment. The court states that the brother should be interviewed by pretrial and will conduct the continued detention hearing on Friday, Jan. 16th, at 10:30 a.m. Also the court sets the final |

| | | status conference for Feb. 26th, at 2:15 pm. (Affsa, Gina) (Entered: 01/06/2004) |
|---|---|---|
| 01/06/2004 | 7 | Judge Robert B. Collings : REPORT AND ORDER on Initial Status Conference as to Larry Matthews (Affsa, Gina) (Entered: 01/09/2004) |
| 01/06/2004 | 8 | Judge Robert B. Collings : ORDER ON EXCLUDABLE DELAY as to Larry Matthews. (Affsa, Gina) (Entered: 01/09/2004) |
| 01/06/2004 | 9 | Judge Robert B. Collings : ORDER FOR FINAL STATUS CONFERENCE entered as to Larry Matthews. Final Status set for 2/26/04 at 2:15 PM. (Affsa, Gina) (Entered: 01/09/2004) |
| 01/16/2004 | | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings :Continued Detention Hearing as to Larry Matthews held on 1/16/2004. Mr. Sorokin argues that his client's brother would make a sufficient third party custodian. He states that since the brother is the building manager in the complex he lives, he would always be nearby. The gov't argues that Mr. Matthews is a career criminal and should be detained. A warrant appears on Mr. Matthews' brother's report, and Mr. Sorokin states that this is a 14 year old case that has been dismissed. Pretrial will investigate the warrant and report to the court. The court will take the matter under advisememt amd also await pretrial's findings on the warrant. (Digital Recording.) (Affsa, Gina) (Entered: 01/16/2004) |
| 01/21/2004 | 10 | TRANSCRIPT of Detention Hearing as to Larry Matthews held on November 26, 2003 before Judge Collings. Tape Number: Transcribed by: Maryann Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting Maryann Young at 508-384-2003 or the Clerk's Office. (Scalfani, Deborah) (Entered: 01/21/2004) |



| 01/26/2004 | 11 | Judge Robert B. Collings : ORDER OF DETENTION PENDING TRIAL as to Larry Matthews (Affsa, Gina) (Entered: 01/27/2004) |
| --- | --- | --- |
| 02/18/2004 | 12 | TRANSCRIPT of Hearing as to Larry Matthews held on January 16, 2004 before Judge Collings. Tape Number: Transcribed by: Maryann Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Scalfani, Deborah) (Entered: 02/18/2004) |
| 02/20/2004 | 13 | EX PARTE MOTION, Filed by Defendant Larry Matthews (Cummings, Mary) (Entered: 02/23/2004) |
| 02/24/2004 | | Judge Joseph L. Tauro : ELECTRONIC ORDER entered granting [13] Ex Parte Motion (Boyce, Kathy) (Entered: 03/02/2004) |
| 02/25/2004 | 14 | JOINT SUBMISSION pursuant to Local Rule 116.5 (C) as to Larry Matthews, filed. (Tebo, Susan) (Entered: 03/01/2004) |
| 02/26/2004 | | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings:Final Status Conference as to Larry Matthews held on 2/26/2004. Case ready to be sent to Judge Tauro. The next 30 days will be excluded so that the defense can continue its efforts to locate witnesses. (Digital Recording.) (Affsa, Gina) (Entered: 02/26/2004) |
| 03/15/2004 | 16 | Judge Robert B. Collings : ORDER ON EXCLUDABLE DELAY as to Larry Matthews. (Affsa, Gina) (Entered: 03/16/2004) |
| 03/15/2004 | 17 | Judge Robert B. Collings : REPORT AND ORDER on Final Status Conference as to Larry Matthews. (Affsa, Gina) (Entered: 03/16/2004) |
| 03/15/2004 | | Case as to Larry Matthews no longer referred to Magistrate Judge Robert B. Collings. (Affsa, Gina) |

| | | (Entered: 03/16/2004) |
|---|---|---|
| 04/08/2004 | ●18 | Ex Parte MOTION to Withdraw as Attorney by Leo Sorokin. as to Larry Matthews. (Sorokin, Leo) (Entered: 04/08/2004) |
| 05/06/2004 | ● | Judge Joseph L. Tauro : Electronic ORDER entered after hearing, and with notice to the government, 18 Motion to Withdraw as Attorney is allowed as to Larry Matthews (1). (Abaid, Kim) (Entered: 05/06/2004) |
| 05/06/2004 | ●19 | Judge Joseph L. Tauro : ORDER entered ORDER REFERRING CASE to Magistrate Judge Robert B. Collings Reason for referral: to appoint new counsel from CJA Panel as to Larry Matthews. (Abaid, Kim) (Entered: 05/06/2004) |
| 05/12/2004 | ● | Judge Robert B. Collings : CJA 20 as to Larry Matthews : Appointment of Attorney George F. Gormley for Larry Matthews. (Affsa, Gina) (Entered: 05/12/2004) |
| 05/12/2004 | ● | Case as to Larry Matthews no longer referred to Magistrate Judge Robert B. Collings. (Affsa, Gina) (Entered: 05/12/2004) |
| 05/12/2004 | ● | Attorney update in case as to Larry Matthews. Attorney Leo T. Sorokin terminated. (Affsa, Gina) (Entered: 05/12/2004) |
| 05/17/2004 | ●20 | Sealed Motion as to Larry Matthews . (Abaid, Kim) Modified on 5/17/2004 (Abaid, Kim). (Entered: 05/17/2004) |
| 05/20/2004 | ● | Judge Joseph L. Tauro : Electronic ORDER entered granting [20] Sealed Motion as to Larry Matthews (1) (Abaid, Kim) (Entered: 05/20/2004) |
| 05/27/2004 | ●21 | MOTION for Excludable Delay from March 29, 2004 to May 12, 2004 and May 17, 2004 to May 20, 2004, and MOTION status conference as to Larry Matthews by USA. (Abaid, Kim) (Entered: 06/01/2004) |


| 06/01/2004 | ◔ | Judge Joseph L. Tauro : Electronic ORDER entered granting 21 Motion to Exclude as to Larry Matthews (1); granting 21 Motion for Hearing as to Larry Matthews (1) (Abaid, Kim) (Entered: 06/10/2004) |
| 06/09/2004 | ◔22 | Judge Joseph L. Tauro : ORDER entered ORDER ON EXCLUDABLE DELAY as to Larry Matthews Time excluded from March 29, 2004 until May 12, 2004, May 17, 2004 until May 20, 2004, and May 26, 2004 until July 7, 2004. SCHEDULING ORDER as to Larry Matthews Status Conference set for 7/7/2004 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Abaid, Kim) (Entered: 06/10/2004) |
| 07/02/2004 | ◔23 | MOTION for a View as to Larry Matthews . (Abaid, Kim) (Entered: 07/06/2004) |
| 07/08/2004 | ◔24 | Judge Joseph L. Tauro : ORDER entered 23 Motion for a View is Allowed. TrialTrial will commence on September 7, 2004 at 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro.(Abaid, Kim) (Entered: 07/08/2004) |
| 07/08/2004 | ◔ | Motions terminated as to Larry Matthews : 23 MOTION for a View filed by Larry Matthews. (Abaid, Kim) (Entered: 07/08/2004) |
| 07/15/2004 | ◔25 | Assented To MOTION for Excludable Delay from July 8, 2004 to September 7, 2004 as to Larry Matthews by USA. (Abaid, Kim) (Entered: 07/19/2004) |
| 07/20/2004 | ◔26 | Judge Joseph L. Tauro : ORDER entered granting 25 Motion to Exclude as to Larry Matthews (1) (Abaid, Kim) (Entered: 07/21/2004) |
| 07/29/2004 | ◔27 | SEALED MOTION as to Larry Matthews . (Abaid, Kim) (Entered: 07/30/2004) |
| 08/03/2004 | ◔ | Judge Joseph L. Tauro : Electronic ORDER entered granting [27 Sealed Motion as to Larry Matthews (1) |

| | | (Abaid, Kim) (Entered: 08/12/2004) |
|---|---|---|
| 08/16/2004 | ●28 | MOTION to Seal as to Larry Matthews by USA. (Abaid, Kim) (Entered: 08/16/2004) |
| 08/16/2004 | ●29 | SEALED EX PARTE MOTION as to Larry Matthews by USA. (Abaid, Kim) (Entered: 08/16/2004) |
| 08/27/2004 | ●31 | Proposed Voir Dire by USA as to Larry Matthews (Bower, Sandra) (Entered: 08/27/2004) |
| 08/27/2004 | ●32 | Proposed Jury Instructions by USA as to Larry Matthews (Bower, Sandra) Additional attachment(s) added on 8/30/2004 (Abaid, Kim). (Entered: 08/27/2004) |
| 08/27/2004 | ●33 | Proposed Voir Dire by Larry Matthews (Abaid, Kim) (Entered: 08/30/2004) |
| 08/27/2004 | ●34 | Proposed Jury Instructions by Larry Matthews (Abaid, Kim) (Entered: 08/30/2004) |
| 08/27/2004 | ●35 | MOTION to Sequester Witnesses as to Larry Matthews . (Abaid, Kim) (Entered: 08/30/2004) |
| 08/27/2004 | ●36 | MOTION in Limine Regarding Use of Prior Convictions of the Defendant as to Larry Matthews . (Abaid, Kim) (Entered: 08/30/2004) |
| 08/30/2004 | ● | Notice of correction to docket made by Court staff. Correction: Docket Entry 32 corrected because: Anything over 20 pages should be split into parts as to Larry Matthews. (Abaid, Kim) (Entered: 08/30/2004) |
| 08/30/2004 | ● | Judge Joseph L. Tauro : Electronic ORDER entered granting 28 Motion to Seal as to Larry Matthews (1); granting [29] Sealed Motion as to Larry Matthews (1) (Abaid, Kim) (Entered: 08/30/2004) |
| 08/30/2004 | ●37 | Corrected Request for Voir Dire by Larry Matthews (Abaid, Kim) (Entered: 08/31/2004) |
| 08/30/2004 | ●38 | MOTION to preclude introduction of bad character |

| | | testimony as to Larry Matthews . (Abaid, Kim) (Entered: 08/31/2004) |
|---|---|---|
| 08/30/2004 | 39 | SEALED MOTION as to Larry Matthews . (Abaid, Kim) (Entered: 08/31/2004) |
| 08/30/2004 | 40 | MOTION in Limine to preclude "statistical improbability" testimony by Boston Police Officer Mario R. Lozano as to Larry Matthews . (Abaid, Kim) (Entered: 08/31/2004) |
| 08/31/2004 | 41 | EXHIBIT/WITNESS LIST by USA as to Larry Matthews (Bower, Sandra) (Entered: 08/31/2004) |
| 08/31/2004 | 42 | EXHIBIT/WITNESS LIST by USA as to Larry Matthews (Bower, Sandra) (Entered: 08/31/2004) |
| 08/31/2004 | 43 | Opposition by USA as to Larry Matthews re 38 MOTION in Limine (Bower, Sandra) (Entered: 08/31/2004) |
| 09/01/2004 | 44 | SEALED MOTION EX PARTEas to Larry Matthews . (Abaid, Kim) (Entered: 09/01/2004) |
| 09/03/2004 | 45 | EXHIBIT/WITNESS LIST by USA as to Larry Matthews (Bower, Sandra) (Entered: 09/03/2004) |
| 09/03/2004 | 46 | EXHIBIT LIST by Larry Matthews (Abaid, Kim) (Entered: 09/07/2004) |
| 09/03/2004 | 47 | WITNESS LIST by Larry Matthews (Abaid, Kim) (Entered: 09/07/2004) |
| 09/07/2004 | 48 | Judge Joseph L. Tauro : ORDER entered after reconsideration, 23 motion for a view is DENIED; 35 Motion to Sequester as to Larry Matthews is ALLOWED except as to the case agent; 36 Motion in Limine as to Larry Matthews (1) is ALLOWED to the extent that the government shall not use Defendant's prior convictions in its case in chief 36 Motion in Limine is otherwise DENIED; 38 Motion in Limine as to Larry Matthews (1) is ALLOWED as stated in open |

| | | court; [39] Sealed Motion as to Larry Matthews (1) is DENIED as withdrawn in open court; granting <u>40</u> Motion in Limine as to Larry Matthews (1); and granting [44] Sealed Motion as to Larry Matthews (1) (Abaid, Kim) (Entered: 09/07/2004) |
|---|---|---|
| 09/07/2004 | | ELECTRONIC Clerk's Notes for proceedings held before Judge Joseph L. Tauro :Voir Dire begun on 9/7/2004 Larry Matthews (1) on Count 1 (Court Reporter cAROL.) (Lovett, Zita) (Entered: 09/08/2004) |
| 09/07/2004 | | Electronic Clerk's Notes for proceedings held before Judge Joseph L. Tauro :Voir Dire held and completed on 9/7/2004 as to Larry Matthews; Jury of 12and two alternates seated. (Court Reporter Carol Scott.) (Lovett, Zita) (Entered: 09/08/2004) |
| 09/07/2004 | | Electronic Clerk's Notes for proceedings held before Judge Joseph L. Tauro :Jury Selection as to Larry Matthews held on 9/7/2004; jury of twelve and to alternates seated. (Court Reporter Carol Scott.) (Lovett, Zita) (Entered: 09/08/2004) |
| 09/07/2004 | | Electronic Clerk's Notes for proceedings held before Judge Joseph L. Tauro :Jury Trial as to Larry Matthews held on 9/7/2004 day 1; parties' openingstatements; evidence begins. (Court Reporter Carol Scott.) (Lovett, Zita) (Entered: 09/08/2004) |
| 09/08/2004 | | Electronic Clerk's Notes for proceedings held before Judge Joseph L. Tauro :Jury Trial as to Larry Matthews held on 9/8/2004, day 2; evidence resumes,government rests, defendant's motion for judgement of acquital is denied;defendant's evidence, defendant rests. (Court Reporter Carol Scott.) (Lovett, Zita) (Entered: 09/08/2004) |
| 09/08/2004 | | Electronic Clerk's Notes for proceedings held before Judge Joseph L. Tauro :Jury Trial as to Larry |

| | | |
|---|---|---|
| | | Matthews held on 9/8/2004; defendant's renewedmotion for judgement of acquital is denied. (Court Reporter Carol Scott.) (Lovett, Zita) (Entered: 09/08/2004) |
| 09/08/2004 | 50 | MOTION for Judgment of Acquittal as to Larry Matthews . (Abaid, Kim) (Entered: 09/10/2004) |
| 09/08/2004 | | Judge Joseph L. Tauro : Electronic ORDER entered denying 50 Motion for Acquittal as to Larry Matthews (1) (Abaid, Kim) (Entered: 09/10/2004) |
| 09/09/2004 | | ELECTRONIC Clerk's Notes for proceedings held before Judge Joseph L. Tauro :Jury Trial as to Larry Matthews held on 9/9/2004; parties' closing statements;Court's instructions to jury; jury deliberations; jury returns verdict: GUILTYas to count 1. Disposition set for November 17, 2004 at 10:00 a.m. proceduralorder re sentencing to issue. (Court Reporter Carol Scott.) (Lovett, Zita) (Entered: 09/10/2004) |
| 09/09/2004 | 51 | JURY VERDICT as to Larry Matthews (1) Guilty on Count 1. (Abaid, Kim) (Entered: 09/13/2004) |
| 09/09/2004 | 52 | EXHIBIT AND WITNESS LIST. (Abaid, Kim) (Entered: 09/13/2004) |
| 09/09/2004 | 53 | JURY QUESTION and ANSWER (Abaid, Kim) (Entered: 09/13/2004) |
| 09/10/2004 | 49 | Judge Joseph L. Tauro : ORDER entered PROCEDURAL ORDER re sentencing hearing as to Larry Matthews Sentencing set for 11/17/2004 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 09/10/2004) |
| 09/16/2004 | 54 | Renewed MOTION for Acquittal as to Larry Matthews . (Abaid, Kim) (Entered: 09/16/2004) |
| 09/16/2004 | 55 | MOTION for New Trial as to Larry Matthews . (Abaid, Kim) (Entered: 09/16/2004) |



| 09/20/2004 | ●56 | SEALED MOTION - Ex Parte as to Larry Matthews . (Abaid, Kim) (Entered: 09/21/2004) |
| 09/20/2004 | ●57 | SEALED MOTION - Ex Parte as to Larry Matthews . (Abaid, Kim) (Entered: 09/21/2004) |
| 09/23/2004 | ● | Judge Joseph L. Tauro : Electronic ORDER entered granting [56 Sealed Motion as to Larry Matthews (1); granting [57 Sealed Motion as to Larry Matthews (1) (Abaid, Kim) (Entered: 09/27/2004) |
| 09/29/2004 | ●58 | Opposition by USA as to Larry Matthews re 54 MOTION for Acquittal, 55 MOTION for New Trial (Abaid, Kim) (Entered: 09/30/2004) |
| 10/27/2004 | ● | Judge Joseph L. Tauro : Electronic ORDER entered denying 55 Motion for New Trial as to Larry Matthews (1) (Abaid, Kim) (Entered: 10/27/2004) |
| 11/01/2004 | ●59 | MOTION to Continue Sentencing Hearing to December 15, 2004 or some further time convenient to the calendar of this Court. as to Larry Matthews . (Abaid, Kim) (Entered: 11/02/2004) |
| 11/04/2004 | ● | Judge Joseph L. Tauro : ELECTRONIC ORDER entered granting 59 Motion to Continue as to Larry Matthews (1)Disposition is re-scheduled to January 6, 2005 at 10:30 A.M. (Lovett, Zita) (Entered: 11/04/2004) |
| 12/07/2004 | ●60 | Letter regarding Motion for a View as to Larry Matthews (Abaid, Kim) (Entered: 12/07/2004) |
| 12/30/2004 | ●61 | Letter regarding Motion to View as to Larry Matthews (Abaid, Kim) (Entered: 01/04/2005) |
| 12/30/2004 | ●62 | MOTION to Dismiss Apointed Attorney and to Appoint New Counsel as to Larry Matthews. (Abaid, Kim) (Entered: 01/04/2005) |
| 01/10/2005 | ● | Sent Copy of 48 Order re Reconsideration of Motion for a view as to Larry Matthews (Abaid, Kim) |



| | | (Entered: 01/10/2005) |
|---|---|---|
| 01/28/2005 | 63 | SENTENCING MEMORANDUM by Larry Matthews (Gormley, George) (Entered: 01/28/2005) |
| 01/31/2005 | 64 | SENTENCING MEMORANDUM by Larry Matthews (Gormley, George) (Entered: 01/31/2005) |
| 02/01/2005 | 65 | RESPONSE TO SENTENCING MEMORANDUM by USA as to Larry Matthews (Bower, Sandra) (Entered: 02/01/2005) |
| 02/02/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered 62 Motion to Appoint Counsel as to Larry Matthews (1)is WITHDRAWN in Open Court. (Abaid, Kim) (Entered: 02/02/2005) |
| 02/02/2005 | | Electronic Clerk's Notes for proceedings held before Judge Joseph L. Tauro :Sentencing held on 2/2/2005 for Larry Matthews (1), Count(s) 1, The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 180 months. Upon release from imprisonment, the defendant shall be on supervised release for a total term of 180 months. The standard conditions of supervision shall apply. An assessment of $100.00 is to be paid. (Court Reporter Carol Scott.) (Abaid, Kim) (Entered: 03/08/2005) |
| 03/07/2005 | 66 | Judge Joseph L. Tauro : ORDER entered. JUDGMENT as to Larry Matthews (1), Count(s) 1, The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 180 months. Upon release from imprisonment, the defendant shall be on supervised release for a total term of 180 months. The standard conditions of supervision shall apply. An assessment of $100.00 is to be paid. (Abaid, Kim) (Entered: 03/08/2005) |
| 03/10/2005 | 67 | NOTICE OF APPEAL by Larry Matthews Filing fee $ |



255. Reason fee is not required: in forma pauperis
NOTICE TO COUNSEL: A Transcript Report/Order
Form, which can be downloaded from the First Circuit
Court of Appeals web site at
http://www.ca1.uscourts.gov/clerks/transcript.htm
MUST be completed and submitted to the Court of
Appeals. Appeal Record due by 3/30/2005. (Charles,
Christie) (Entered: 03/10/2005)