FILED
S OFFICE
2005 MAY -5 P 1:17
U.S. DISTRICT COURT
DISTRICT OF MASS

LARRY MATTHEWS
26 Long Pond Rd
Plymouth, Mass. 02360

5-4-05

Clerk of court
Zita Lovett
1 Courthouse Way
Boston, Mass.

Dear Ms. Lovett

I am writing to your court in regards to transcripts from my Sentencing hearing. During my sentencing my attorney at the time George Gormley was asked a question by the court regarding something about some paper work and Mr. Gormley lied to the court saying that he never saw the paper work. Well I am filing a complaint with the Bar of Overseers and and I was as to send a copy of the transcript along with other paper work to show how Mr. Gormley lied. I am trying to get a copy of the transcript of my sentencing that took place on February 3, 2005. If there is some kind of motion I need to file please let me know. At this time Mr. Gormley is still appointed to me by the court but I don't have any dealing with him and I will be asking for a new attorney to represent me on my appeal. Thank you for your attention to this matter. I ask that you send your reply to my mother because she is dealing with all the paper work as far as filing a complaint and will file what ever motion that need to be filed with the court to get me the transcript. Her name & address is Elaine Matthews 230 Willard Street. Quincy, Mass 02169. Again thank you.

Very truly yours,
Larry Matthews