FILED
CLERKS OFFICE LARRY MATTHEWS
2005 MAY 11 P 12: 10   6 Long Pond RD
                      Plymouth, MASS.

5-5-05

Zita Lovett (Clerk of Court)
1 Courthouse Way
Boston, MASS. 02210

Dear Ms. Zita Lovett

I am writing to you and Judge Tauro regarding me being moved to another jail or a federal jail. I was sentence to 15 years on 2-3-05 and my Judgment of Commitment was signed of on 3-7-05. I have been waiting here at Plymouth Jail for three (3) months now to leave and haven't and now I am being questioned by other inmate if I am testifing on anyone and i have gotten into a fight over inmate thinking i am testifing. I am asking you to please process my paper work so i can be moved to a federal jail because when i am released from the hole i do not want to be attacked again. I have not spoken to the attorney that worked my case Guise Gormley because i am filing a complaint against him with the Bar of Overseer's. I am this because i do not want to get in any more trouble. Even while i've been in the hole inmate have been saying things to me and making threats. I am now in fear of my life but this situation i have no control over is causing trouble for me and may cause me to get hurt. I am asking you to look in to this for me.
Thank you              Very truly yours, LARRY Matthews