# United States Court of Appeals

## For The First Circuit

**CERTIFIED COPY**

NO. 05-1655

UNITED STATES,

Appellee,

v.

LARRY MATTHEWS,
a/k/a Jermaine, a/k/a Germaine,

Defendant - Appellant.

---

## ORDER OF COURT

### Entered: May 17, 2005

This court has docketed defendant-appellant Larry Matthew's appeal from the judgment and sentence entered on March 8, 2005 in CR No. 03-10352 (D. Mass.). On September 16, 2004, defendant filed a renewed motion for judgment of acquittal pursuant to Fed. R. Crim. Proc. 29(a), which appears from the docket to still be pending. Pursuant to Fed. R. App. P. 4(b)(3), the notice of appeal from the March 8, 2005 judgment and sentence does not become effective until the district court disposes of the motion for judgment of acquittal.

Therefore, defendant-appellant is directed to file a status report by **June 16, 2005** and at thirty day intervals thereafter, informing this court of any action taken by the district court on the motion for judgment of acquittal. Failure to comply with this order may lead to dismissal of this appeal for lack of diligent prosecution. Local Rule 3(b).

Once the district court rules on the motion for judgment of acquittal, it is directed to forward its decision to this court forthwith.

By the Court:

Richard Cushing Donovan, Clerk

By:_____
    Operations Manager.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON. MA
By Linda Bucy  Date: 5-17-5

[Cert. cc: Hon. Joseph L. Tauro and Sarah A. Thornton, Clerk, U.S.D.C. of Massachusetts, cc: Mr. Gormley, Ms. Charles, Ms. Chaitowitz and Ms. Bower]