AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**DISTRICT OF** Massachusetts

UNITED STATES OF AMERICA

v.

LARRY MATTHEWS

**WARRANT FOR ARREST**

CASE NUMBER: 03CR10352 JLT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  LARRY MATTHEWS a/k/a Jermaine a/k/a Germaine
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
being a felon in possession of a firearm and ammunition

in violation of Title 18 United States Code, Section(s) 922(g)(1)

Name of Issuing Officer

Signature of Issuing Officer

Supervisor
Title of Issuing Officer

11-19-03
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

WARRANT EXECUTED BY ATF
REGULAR ARRAIGNMENT OF THE DEFENDANT ON 11/21/03

This form was electronically produced by Elite Federal Forms, Inc.