UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | CR No. 03-10352 JLT |
| | ) | |
| LARRY MATTHEWS | ) | |
| Defendant | ) | |

### NOTICE OF APPEAL

Notice is hereby given that defendant Larry Matthews appeals to the United States Court of Appeals for the First Circuit from the May 20, 2005 denial (Tauro, J.) of his renewed motion for judgment of acquittal (undersigned counsel has been appointed to handle the appeal by the First Circuit).

Respectfully submitted,

14 June 2005

WILLIAM A. HAHN, BBO #216690
HAHN & MATKOV
101 Tremont St., Suite 1109
Boston, Mass. 02108
1-617-338-8333

### CERTIFICATE OF SERVICE

I hereby certify a copy of this notice has been mailed this day, postage prepaid, to Dina Michael Chaitowitz, US Attorney's Office, Moakley US Courthouse, 1 Courthouse Way, Boston, Mass. 02210.

14 June 2005