LARRY NIffron
USP CANAAN
PO Box 300
Waymart PA

6-15-05

Hon Lovett Clerk
1 Court House wy
Boston MA 02210

Dear Mrs Lovett:

I am writing to your court in regards to ... with the ...

Very truly yours,
Larry Phiffer