```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MASSACHUSETTS
```

```
UNITED STATES OF AMERICA    )
                            )
         v.                 )
                            )    CRIM. NO. 03-CR-10352-JLT
LARRY MATTHEWS              )
   a/k/a Jermaine           )
   a/k/a Germaine           )
```

MOTION TO CORRECT JUDGMENT

Pursuant to Fed.R.Crim.P. 36, the United States files this motion to correct two clerical errors in the judgment as follows:

1) The judgment reflects imposition of a term of supervised release of 180 months. The sentencing transcript, the relevant portion of which is attached, shows that the Court sentenced the defendant to 180 months imprisonment, and imposed a supervised release term of five years.

2) The judgment also shows an a/k/a of John Hill for the defendant. The indictment alleged the defendant used the a/k/a's only of Jermaine and Germaine, as correctly noted on the judgment.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         UNITED STATES ATTORNEY

                  By:    /s/ Sandra S. Bower
                         SANDRA S. BOWER
                         Assistant U.S. Attorney
                         1 Courthouse Way, Suite 9200
                         Boston, MA 02210
                         (617) 748-3184
```

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the persons listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

    George F. Gormley, Esq.
    655 Summer Street
    Boston, Massachusetts 02210

    William A. Hahn
    101 Tremont Street
    Boston, MA 02108

This 5th day of October 2006.

    /s/Sandra S. Bower
    SANDRA S. BOWER
    ASSISTANT UNITED STATES ATTORNEY