```
 1                    UNITED STATES DISTRICT COURT
                        DISTRICT OF MASSACHUSETTS
 2
       * * * * * * * * * * * * * *
 3     UNITED STATES OF AMERICA    *
                                   *
 4                vs.              *        CRIMINAL ACTION
                                   *        No. 03-10352-JLT
 5     LARRY MATTHEWS              *
                                   *
 6     * * * * * * * * * * * * * *

 7           BEFORE THE HONORABLE JOSEPH L. TAURO
                  UNITED STATES DISTRICT JUDGE
 8                        DISPOSITION

 9     A P P E A R A N C E S

10              OFFICE OF THE UNITED STATES ATTORNEY
                1 Courthouse Way, Suite 9200
11              Boston, Massachusetts 02210
                for the United States
12              By:  Sandra S. Bower, AUSA

13
                GEORGE F. GORMLEY, PC
14              655 Summer Street
                Boston, Massachusetts 02210
15              for the defendant
                By:  George F. Gormley, Esq.
16

17
                                   Courtroom No. 20
18                                 John J. Moakley Courthouse
                                   1 Courthouse Way
19                                 Boston, Massachusetts 02210
                                   February 2, 2005
20                                 11:00 a.m.

21

22              CAROL LYNN SCOTT, CSR, RMR
                    Official Court Reporter
23              One Courthouse Way, Suite 7204
                  Boston, Massachusetts 02210
24                     (617) 330-1377

25
```

1   prior conviction, the one that Mr. Matthews had just been
2   released on which was assault and battery with a knife.  And
3   in the description of that offense in the PSR it indicates
4   that the defendant approached the victim --
5           **THE COURT:**  I read that.
6           **MS. BOWER:**  -- on the street corner.  It seems
7   to me that having the firearm was the potential for a very
8   serious event.  And we are lucky that no one was killed.
9           **THE COURT:**  Okay.  Yes.
10          **MR. GORMLEY:**  Ms. Charles has just suggested,
11  and I take it well founded, there was no right that -- I
12  should mention that the difference between the juvenile
13  adjudication, there was no right to a jury trial in the
14  juvenile court.  And I just mention that.
15          **THE COURT:**  All right.  You put that on the
16  record.  I have listened carefully.  I think he is subject
17  to the minimum mandatory.  And I am going to sentence him in
18  that way.
19          But first I want to -- Mr. Matthews, you are about
20  to be sentenced.  As one who faces sentencing, you have the
21  right to address the Court.  You have the right to tell me
22  anything that may be on your mind if you'd care to do so.
23          If you would prefer to remain silent, you may
24  remain silent without fear of being prejudiced.  It is up to
25  you.  If you want to speak, go ahead.  If you don't, that is

```
 1   okay.
 2              THE DEFENDANT:  I don't have anything to say.
 3              THE COURT:  You have nothing to say?
 4              THE DEFENDANT:  No, sir.
 5              THE COURT:  Okay.  I am going to impose the
 6   minimum mandatory.  That is 155 months -- 180 months; is
 7   that it?
 8              MS. BOWER:  Yes, Your Honor.
 9              THE COURT:  A minimum mandatory of 180 months,
10   five years of supervised release which is mandatory.
11              THE PROBATION OFFICER:  A $100 special
12   assessment.
13              THE COURT:  The $100 special assessment.
14         Does that cover everything?
15              THE PROBATION OFFICER:  Yes.
16              THE COURT:  Okay.  Now, as one who has been
17   sentenced, you have a right to appeal that sentence.  If you
18   don't have funds to prosecute an appeal, then you will be
19   permitted to appeal without payment of any fee.
20         If you don't have funds for a lawyer, one will be
21   provided for you.
22         Do you understand that?
23              THE DEFENDANT:  Yes.
24              THE COURT:  An you have ten days to file a
25   notice of appeal.  Do you understand that?
```