# United States Court of Appeals
## For the First Circuit

No. 05-1655

UNITED STATES OF AMERICA,

Appellee,

v.

LARRY MATTHEWS,

Defendant, Appellant.

---

**JUDGMENT**

Entered: August 7, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The conviction and sentence of Larry Matthews are affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: AUG 28 2007

By the Court:

Richard Cushing Donovan, Clerk

[cc: Ms. Bower, Ms. Chaitowitz, Mr. Hahn, ]